UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ULTRA STEAK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cv-01829-TWP-DML |
| | ) | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY GRANTING MOTION TO STAY PROCEEDINGS**

On May 26, 2017, the parties filed a Joint Motion to Stay Proceedings. (Filing No. 57.) In their joint motion to stay, the parties indicate that they are pursuing settlement and, therefore, want to avoid incurring additional costs in this action. (*Id*. at 2.) In particular, the parties wish to stay briefing on the pending cross motions for summary judgment. The Court **GRANTS** the parties' joint motion and **stays the proceedings until September 1, 2016**. Rather than stay briefing on the pending summary judgment motions indefinitely, the Court **DENIES WITHOUT PREJUDICE** the parties' cross motions for summary judgment. (Filing No. 40; Filing No. 43.) Should the parties fail to reach a settlement agreement by September 1, 2016, either party may file a motion to lift the stay and refile their motion for summary judgment. As these proceedings are temporarily stayed, the Court vacates the October 12, 2016 final pretrial conference, and the October 31, 2016 bench trial.

**SO ORDERED.**

Date: 5/31/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

Dirk Edgar Ehlers
COPE EHLERS, P.C.
dehlers@copeehlers.com

Keith W Mandell
COPE EHLERS, P.C.
kmandell@copeehlers.com

Blake J. Burgan
TAFT STETTINIUS & HOLLISTER LLP
bburgan@taftlaw.com

David L. Guevara
TAFT STETTINIUS & HOLLISTER LLP
dguevara@taftlaw.com

Krysta Kaye Gumbiner
TAFT STETTINIUS & HOLLISTER LLP
kgumbiner@taftlaw.com